UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

ISRAEL PEREZ,

    Plaintiff,

v.                                         No. 5:25-CV-087-H

FLAGSHIP CREDIT ACCEPTANCE, LLC,

    Defendant.

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the Court deny the plaintiff's application to proceed *in forma pauperis* (Dkt. No. 4) and dismiss this case without prejudice for lack of subject-matter jurisdiction. Dkt. No. 8. No objections were filed, and the plaintiff has taken no action in this case since April 21, 2025. *See* Dkt. No. 7.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiff's claims against the defendants are dismissed without prejudice for lack of subject-matter jurisdiction, and the plaintiff's application to proceed *in forma pauperis* is denied as moot.

So ordered on November 13, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE